Form CGFI15  (10/17/2005)

**United States Bankruptcy Court**
**Southern District of Florida**
**www.flsb.uscourts.gov**
**Division: Fort Lauderdale**

**Case Number:** 06−11721−JKO

**Adversary Number:** 06−01458−JKO

In re:

**Name of Debtor(s):** Lancer Partners, L.P.

−−−−−−−−−−−−−−−−−−−−−−−−−−−−−−−−−−−−−−−−−−−−−−−−− /

**Lancer Partners, L.P.**

Plaintiff(s)

**VS.**

**Total Film Group, Inc.**

Defendant(s)
−−−−−−−−−−−−−−−−−−−−−−−−−−−−−−−−−−−−−−−−−−−−−−−−− /

ALL DOCUMENTS REGARDING THIS MATTER MUST BE IDENTIFIED BY <u>BOTH</u> ADVERSARY AND BANKRUPTCY CASE NUMBERS

*CLERK*
*USBC*
*SDFL*
*FILED*
*6/23/06*

# ALIAS SUMMONS AND NOTICE OF PRETRIAL/TRIAL IN AN ADVERSARY PROCEEDING

**YOU ARE SUMMONED** and required to file a motion or answer to the complaint which is attached to this summons with the clerk of the bankruptcy court at the address indicated below within 25 days (as shortened by Local Rule 7012−1) after the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days.

- ☐ Clerk, 51 SW First Ave Room 1517
  Miami FL 33130

- ☑ Clerk, 299 E. Broward Blvd, Room 112
  Ft Lauderdale FL 33301

- ☐ 1675 Palm Beach Lakes Blvd 8th Floor
  West Palm Beach FL 33401

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney. Pursuant to BR 7007.1, corporate defendants must file a corporate ownership statement.

Name and Address of Plaintiff's Attorney
Andrew D Zaron Esq
1111 Brickell Ave #2500
Miami, FL 33131

If you make a motion, your time to answer is governed by Bankruptcy Rule 7012.

*Page 1 of 2*

## PRETRIAL CONFERENCE INFORMATION

Date: **September 18, 2006**

Time: **09:30 AM**

Location: **U.S. Courthouse, 299 E Broward Blvd #308, Ft Lauderdale, FL 33301**

## TRIAL INFORMATION:

## A TRIAL WILL BE HELD DURING THE ONE–WEEK TRIAL PERIOD INDICATED BELOW

☑ To be set at pretrial

Date:

**Time:**

**Location:**

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Karen Eddy**
**Clerk of Court**

By: Mary Lou Graulau
    Deputy Clerk

**Dated:**  June 23, 2006

*Page 2 of 2*