**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**www.flsb.uscourts.gov**

| | |
|---|---|
| In re: | **Chapter 11** |
| **LANCER PARTNERS, L.P.,** | **Case No. 06-11721-BKC-JKO** |
| **Debtor.** | |
| _____/ | |
| **LANCER PARTNERS, L.P.,** | **Adv. Case No. 06-01458-JKO** |
| **Plaintiff,** | |
| **v.** | |
| **TOTAL FILM GROUP INC.,** | |
| **Defendant.** | |
| _____/ | |

**PLAINTIFF'S INITIAL DISCLOSURE**
**OF WITNESSES AND EXHIBITS**

Plaintiff Lancer Partners, L.P. ("Plaintiff"), by and through its undersigned counsel, pursuant to this Court's Order Setting Filing and Disclosure Requirements for Pretrial and Trial, entered on May 30, 2006, as amended, submits its initial disclosures as follows:

**I.     WITNESSES**

To date, the following individuals or entities have been identified as likely to have relevant discoverable information that the parties may use to support their claims and/or defenses.   As discovery is continuing, Plaintiff will supplement the list upon learning of additional individuals or entities, in accordance with Fed. R. Civ. P. 26(e).

1.     Total Film Group Inc., ("Defendant"), c/o Corporation Service Company, Registered Agent, 2711 Centerville Road, Suite 400, Wilmington, DE 19808.

2.     Marty Steinberg, Receiver, c/o Hunton & Williams LLP, 1111 Brickell Avenue, Suite 2500, Miami, FL 33131, Tel:  (305) 810-2500.  The subject of this individual's knowledge, as the court-appointed receiver of Lancer Management Group LLC, Lancer Management Group

II LLC, Lancer Offshore Inc., Omnifund Ltd., LSPV Inc., LSPV LLC, Alpha Omega Group, Inc., G.H. Associates LLC (collectively the "Receivership Entities"), and responsible person for Partners, includes, without limitation, the estates and administration thereof of Partners and the Receivership Entities.

3.      Securities and Exchange Commission, 801 Brickell Ave., Suite 1800, Miami, FL 33131.

4.      Michael Lauer, 7 Dwight Lane, Greenwich, CT 06831, Tel: (203) 422-0688. The subject of this individual's knowledge includes, without limitation, Partners' operations, assets, liabilities, subscriptions, redemptions, and investments.

5.      Bruce Cowen, c/o Carlos F. Negrete, Esq., Law Offices of Carlos F. Negrete, 27422 Calle Arroyo, San Juan Capistrano, CA 92675-2747, Tel: (949) 493-781-5113. The subject of this individual's knowledge includes, without limitation, Partners' operations, assets, liabilities, subscriptions, redemptions, and investments.

6.      Robert Maum, 9 Cowdray Park Drive, Greenwich, CT 06831. The subject of this individual's knowledge includes, without limitation, Partners' operations, assets, certain portfolio companies, and investments.

7.      James Raker, 711 Third Avenue, Suite 1505, New York, NY 10017. The subject of this individual's knowledge includes, without limitation, Partners' operations, assets, certain portfolio companies, and investments.

8.      Joseph Huard, 6043 Royal Birkdale Drive, Lake Worth, FL 33463. The subject of this individual's knowledge includes, without limitation, Partners' operations, assets, certain portfolio companies, and investments.

9.      Martin Garvey, 72 Wootton Road, Essex Fells, NJ 07021. The subject of this individual's knowledge includes, without limitation, Partners' operations, assets, liabilities, subscriptions, redemptions, and investments.

10.     Eric Hauser, 425 East 58th Street, 7A, New York, NY 10022. The subject of this individual's knowledge includes, without limitation, Partners' operations, assets, liabilities, subscriptions, redemptions, and investments.

11.     David Newman, 535 W. 23rd Street, Apt. W 3N, New York, NY 10011. The subject of this individual's knowledge includes, without limitation, Partners' operations, assets, liabilities, subscriptions, redemptions, and investments.

12.     Milton Barbarosh, 1900 Corporate, Suite 305W, Boca Raton, FL 33431. The subject of this individual's knowledge includes, without limitation, Partners' assets and investments.

13.     George Levie, c/o Lawrence J. Kerr, Esq., 1401 Brickell Avenue, 7th Floor, Miami, Florida 33131. The subject of this individual's knowledge includes, without limitation, Partners' assets and investments.

14.    Laurence Isaacson, c/o Barton S. Sacher, Esq., Sacher, Zelman, Van Sant, Et. Al., 1401 Brickell Avenue, Suite 700, Miami, Florida 33131.  The subject of this individual's knowledge includes, without limitation, certain of Partners' assets and investments.

15.    Soneet Kapila, 1000 S. Federal Highway, Suite 200, Ft. Lauderdale, FL 3316.  The  subject of this individual's knowledge includes, without limitation, Partners' operations, assets, liabilities, subscriptions, redemptions, and investments.

16.    James Kelly, 218 Fourth Avenue, Newton Square, PA 19073-4515.  The subject of this individual's knowledge includes, without limitation, Partners' operations, assets, liabilities, subscriptions, redemptions, and investments.

17.    Jeanine Chafatinos, 5 Letts Court, East Brunswick, NJ 08816.  The subject of this individual's knowledge includes, without limitation, Partners' operations, assets, liabilities, subscriptions, redemptions, and investments.

18.    Kathryn Cowen a/k/a Kathryn Braithwaite, c/o Carlos F. Negrete, Law Offices of Carlos F. Negrete, 27422 Calle Arroyo, San Juan Capistrano, CA 92675-2747.  The subject of this individual's knowledge includes, without limitation Partners' operations, assets, liabilities, subscriptions, redemptions, and investments.

19.    Heidi Carens, 7 Dwight Lane, Greenwich, CT 06831.  The subject of this individual's knowledge includes, without limitation, Partners' operations, assets, liabilities, subscriptions, redemptions, and investments.

20.    Bank of America Securities, LLC, representative and/or records custodian, 40 West 57th Street, NY1-040-28-01, New York, NY 10019.  The subject of these individuals testimony includes, without limitation, Partners' operations and assets.

21.    International Fund Services (Ireland) Ltd., representative and/or records custodian, Third Floor, Bishop's Square, Redmond's Hill, Dublin 2, Ireland.  The subject of these individuals testimony includes, without limitation, Partners' assets.

22.    Citco Fund Services (Curacao), N.V., representative and/or records custodian, Third Floor, Bishop's Square, Redmond's Hill, Dublin 2, Ireland.  The subject of these individuals testimony includes, without limitation, Partners' assets.

23.    The Citco Group Ltd., representative and/or records custodian, Kaya Flamboyan 9 P.O. Box 812, Curacao, Netherlands Antilles.  The subject of this individuals testimony includes, without limitation, Partners' assets.

24.    Citco Fund Services (USA) Inc., representative and/or records custodian, Registered Agent, Citco Corporate Services, Inc., 701 Brickell Avenue, 12th Floor, Miami, FL 33131.  The subject of these individuals testimony includes, without limitation, Partner's assets.

25.    Citco Acceptance Corporation, representative and/or records custodian, c/o Terrence Mullen, Esq., Gilbride, Heller & Brown, PA, One Biscayne Tower, Suite 1570, 2 South

Biscayne Blvd., Miami, FL 33131.  The subject of these individuals testimony includes, without limitation, Partner's assets.

26.    Pricewaterhouse Coopers International Limited, representative and/or records custodian, 1177 Avenue of the Americas, New York, NY 10036.  The subject of these individuals testimony includes, without limitation, Partners' assets.

27.    Pricewaterhouse Coopers (Netherlands Antilles), representative and/or records custodian, P.O. Box 360, Julianaplein 38, Willenstad, Curacao, Netherlands Antilles.  The subject of these individuals testimony includes, without limitation, Partners' assets.

28.    Goldstein Golub Kessler LLP, representative and/or records custodian, 1185 Avenue of the Americas, New York, NY 10036.  The subject of these individuals testimony includes, without limitation, Partners' operations, assets, liabilities, subscriptions, redemptions, and investments.

29.    Ernst & Young LLP, representative and/or records custodian, 5 Times Square New York, NY 10036-6530.  The subject of these individuals testimony includes, without limitation, Partners' operations, assets, liabilities, subscriptions, redemptions, and investments.

30.    Stenton Leigh Capital Corp., representative and/or records custodian, c/o Milton H. Barbarosh, 1900 Corporate Blvd., Ste 305W, Boca Raton, FL 33431.  The subject of these individuals testimony includes, without limitation, Partners' operations, assets, liabilities, subscriptions, redemptions, and investments.

31.    Sterling Technology Partners, representative and/or records custodian, c/o Carlos F. Negrete, Law Offices of Carlos F. Negrete, 27422 Calle Arroyo, San Juan Capistrano, CA 92675-2747.  The subject of these individuals testimony includes, without limitation, Partners' operations, assets, liabilities, subscriptions, redemptions, and investments.

32.    Shamrock Partners Ltd., representative and/or records custodian, James Kelly, President of Shamrock Partners Ltd., 218 Fourth Avenue, Newton Square, PA 19073-4515.  The subject of these individuals testimony includes, without limitation, Partners' operations, assets, liabilities, subscriptions, redemptions, and investments.

33.    Capital Research Ltd., representative and/or records custodian, c/o Carlos F. Negrete, Law Offices of Carlos F. Negrete, 27422 Calle Arroyo, San Juan Capistrano, CA 92675-2747.  The subject of these individuals testimony includes, without limitation, Partners' operations, assets, liabilities, subscriptions, redemptions, and investments.

34.    L. Isaacson, Inc., representative and/or records custodian, c/o Barton S. Sacher, Esq., Sacher, Zelman, Van Sant, Et. Al., 1401 Brickell Avenue, Suite 700, Miami, Florida 33131.  The subject of these individuals testimony includes, without limitation, Partners' operations, assets, liabilities, subscriptions, redemptions, and investments.

35.    Thornhill Group, Inc., representative and/or records custodian, c/o Barton S. Sacher, Esq., Sacher, Zelman, Van Sant, Et. Al., 1401 Brickell Avenue, Suite 700, Miami,

Florida 33131.  The subject of these individuals testimony includes, without limitation, Partners' operations, assets, liabilities, subscriptions, redemptions, and investments.

36.    John W. Bendall, Jr., 130 East 75th Street, Apt. 6E,  New York, NY  10021.  The subject of this individual(s) testimony includes, without limitation, Partners' operations, assets, liabilities, subscriptions, redemptions, and investments.

37.    Richard Geist c/o Andres Rivero, Esq., Rivero Palmer & Mestre, LLP, 201 S. Biscayne Blvd., Suite 1450, Miami, Florida 33131.  The subject of this individual(s) testimony includes, without limitation, Partners' operations, assets, liabilities, subscriptions, redemptions, and investments.

38.    John M.S. Verhooren, Citco Fund Services (London) Ltd., 7 Albemarle Street, London W1S 4HQ United Kingdom.  The subject of this individual(s) testimony includes, without limitation, Partners' operations and assets.

39.    Anthony J. Stocks, c/o Citco Fund Services (Curacao), N.V., Kaya Flamboyan 9, P.O. Box 812, Curacao, Netherlands Antilles.  The subject of this individual(s) testimony includes, without limitation, Partners' operations and assets.

40.    Kieran Conroy, c/o Citco Fund Services (Curacao), N.V., Kaya Flamboyan 9, P.O. Box 812, Curacao, Netherlands Antilles.  The subject of this individual(s) testimony includes, without limitation, Partners' operations and assets.

41.    Declan Quilligan, c/o Citco Fund Services (Curacao), N.V., Kaya Flamboyan 9, P.O. Box 812, Curacao, Netherlands Antilles.  The subject of this individual(s) testimony includes, without limitation, Partners' operations and assets.

42.    Representatives and/or records custodians of the following may also be witnesses: (i) portfolio companies; (ii) transfer agents; (iii) investors; (iv) intermediaries; (v) insiders; (vi) finders; (vii) brokers; (viii) banks; (ix) attorneys; and (x) fund administrators.

43.    All former employees and/or agents of Plaintiff and its affiliates.

44.    All persons filing proofs of claim in the Lancer Partners, L.P. bankruptcy case.

45.    All entities sued by Lancer  Partners, L.P.

46.    All pre-bankruptcy professionals of Plaintiff.

47.    Any and all witnesses listed on the Defendant's Rule 26(a)(1) and (2) disclosures.

48.    Any and all third party witnesses.

49.    Any and all impeachment and/or rebuttal witnesses.

50.    Any and all persons deposed or who are named or referenced in any deposition or document produced in this proceeding.

51.     All persons necessary to authenticate documents.

## II.     <u>EXHIBITS</u>

At the present time, subject to amendment, the Plaintiff intends to rely upon the following

documents at trial:

1.     Any and all documents related to or evidencing the transfers at issue;

2.     Any and all documents related to the books and records of Plaintiff;

3.     Any and all documents related to the insolvency of Plaintiff;

4.     Partnership agreement(s) private placement memoranda and subscription agreement(s) related to Lancer Partners, L.P.;

5.     Bank records of Lancer Partners, L.P.;

6.     Audited financial statements of Lancer Partners, L.P.

7.     Correspondence and literature from Lancer Partners, L.P.;

8.     Memoranda regarding portfolio company valuations and net asset value;

9.     All pleadings, court filings, transcripts and other papers in the entire court file of the case styled Securities and Exchange Commission v. Michael Lauer et al., Case No. 03-80612 (the "Receivership Case") in the United States District Court, Southern District of Florida (the "District Court");

10.     All pleadings, court filings, transcripts and other papers in the entire court file of the case styled In Re: Lancer Partners, L.P., Case No. 06-11721 (the "Bankruptcy Case") in the United States Bankruptcy Court, Southern District of Florida (the "Bankruptcy Court").

11.     All complaints, amended complaints and exhibits thereto in the following cases:

    a.     *Lancer Partners, L.P. v. Goldstein Golub Kessler LLP et al.* - Case No. 06-01478-JKO in the Bankruptcy Court.

    b.     *The Court-Appointed Receiver v. The Citco Group, Ltd.*, et. al. - Case No. 05-60080-CIV-MARRA in the District Court.

    c.     *The Court-Appointed Receiver v. Michael Lauer, et al.* - Case No. 05-60584-CIV-MARRA in the District Court.

    d.     *The Court-Appointed Receiver v. Pricewaterhousecoopers, et al.* - Case No. 04-23023-CIV-MARRA in the District Court.

12.     Any and all attachments to Plaintiff's complaint and amended complaint(s) in this proceeding;

13.     Any and all deposition transcripts taken within this proceeding, the Bankruptcy Case or the Receivership Case of all persons, including all attachments and exhibits to same;

14.     Any and all documents produced at depositions or pursuant to document requests by the Plaintiff;

15.     Any and all documents produced by the Defendant pursuant to discovery requests served upon them by Plaintiff;

16.     Any and all documents requested by Plaintiff from the Defendant in this proceeding;

17.     Any and all documents relied upon by the Defendant; and

18.     Any and all rebuttal documents or other documents discovered during the course of discovery.

## III.     <u>RESERVATION</u>

Plaintiff reserves the right to supplement this Witness and Exhibit List upon the

completion of discovery in this proceeding.

Dated:  August 28, 2006

**HUNTON & WILLIAMS LLP**
*Attorneys for Plaintiff*
1111 Brickell Avenue - Suite 2500
Miami, Florida 33131
Tel:  (305) 810-2500
Fax:  (305) 810-2460


By: ___/s/ David E. Bane_____
        Jeffrey P. Bast (FBN 996343)
        David E. Bane (FBN 0515701)

Adv. Case No. 06-01458-JKO

## <u>CERTIFICATE OF ADMISSION AND SERVICE</u>

**I HEREBY CERTIFY** that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court as set forth in Local Rule 2090-1(A).

I FURTHER CERTIFY that a true and correct copy of the foregoing has been furnished Via First Class U.S. Mail this **28th day of August, 2006**, upon c/o Corporation Service Company, Registered Agent, 2711 Centerville Road, Suite 400, Wilmington, DE 19808.

/s/ David E. Bane
David E. Bane

8

64036.000003 MIAMI 367863v1