UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

| | |
|---|---|
| In re: | Chapter 11 |
| **LANCER PARTNERS, L.P.,** | Case No. 06-11721-BKC-JKO |
|     Debtor. | |
| _____/ | |
| **LANCER PARTNERS, L.P.,** | Adv. Case No. 06-01458-JKO |
| **Plaintiff,** | |
| v. | |
| **TOTAL FILM GROUP INC.,** | |
| **Defendant.** | |
| _____/ | |

**PLAINTIFF'S EXPERT WITNESS DISCLOSURE**

Plaintiff Lancer Partners, L.P. ("Plaintiff"), by and through its undersigned counsel, and pursuant to the Court's Order Setting Filing and Disclosure Requirements for Pretrial and Trial entered on May 30, 2006, as amended, hereby discloses the following expert witness:

Soneet Kapila
Kapila & Company
1000 S. Federal Highway, Suite 200
Ft. Lauderdale, FL  33316

Plaintiff reserves the right to designate additional expert testimony as necessary in accordance with Rule 26(e)(1) of the Federal Rules of Civil Procedure as made applicable to this

Action by Rule 7026 of the Federal Rules of Bankruptcy procedure, and the applicable Local Rules of the U. S. Bankruptcy Court for the Southern District of Florida.

Dated:  September 7, 2006

**HUNTON & WILLIAMS LLP**
*Attorneys for Plaintiff*
1111 Brickell Avenue - Suite 2500
Miami, Florida 33131
Tel:  (305) 810-2500
Fax:  (305) 810-2460


By:   /s/ David E. Bane
          Jeffrey P. Bast (FBN 996343)
          David E. Bane (FBN 0515701)

### CERTIFICATE OF ADMISSION AND SERVICE

**I HEREBY CERTIFY** that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court as set forth in Local Rule 2090-1(A).

I FURTHER CERTIFY that a true and correct copy of the foregoing has been furnished Via First Class U.S. Mail this **7th day of September, 2006**, upon c/o Corporation Service Company, Registered Agent, 2711 Centerville Road, Suite 400, Wilmington, DE 19808.

          /s/ David E. Bane
          David E. Bane