**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**www.flsb.uscourts.gov**

In re:                                                          **Chapter 11**

**LANCER PARTNERS, L.P.,**                    **Case No. 06-11721-BKC-JKO**

      **Debtor.**
_____/

**LANCER PARTNERS, L.P.,**                    **Adv. Case No. 06-01458-JKO**

**Plaintiff,**

**v.**

**TOTAL FILM GROUP INC.,**

**Defendant.**
_____/

## PLAINTIFF'S MOTION FOR CLERK'S ENTRY OF DEFAULT

Plaintiff, LANCER PARTNERS, L.P. ("Partners"), pursuant to Rule 55 of the Federal Rules of Civil Procedure, as made applicable to this proceeding by Rule 7055 of the Federal Rules of Bankruptcy Procedure, moves for a Default against Defendant, Total Film Group Inc., the ("Defendant" or "Total Film"), on the following grounds:

1.      On April 16, 2003 (the "Petition Date"), Partners commenced a Chapter 11 bankruptcy case (the "Bankruptcy Case") by filing a voluntary petition for relief under Chapter 11 of the Bankruptcy Code in the United States Bankruptcy Court for the District of Connecticut (the "Connecticut Bankruptcy Court").

2.      On July 8, 2003, the United States Securities and Exchange Commission (the "SEC") commenced an enforcement action (the "Enforcement Action") against Michael Lauer, Lancer Management Group, LLC ("LMG"), Lancer Management Group II, LLC ("LMG II"), Lancer Offshore, Inc. ("Offshore"), Lancer Partners, L.P. ("Partners"), Omnifund, Ltd.

("Omnifund"), LSPV, Inc. ("Offshore LSPV"), and LSPV, LLC ("Partners LSPV") in the United States District Court for the Southern District of Florida (the "District Court").

3.      On July 10, 2003, the District Court entered the Order Appointing Receiver (the "Receivership Order") in the Enforcement Action, which, among other things, appointed Marty Steinberg, Esq. as the receiver (the "Receiver") for LMG, LMG II, Offshore, Omnifund, Offshore LSPV and Partners LSPV.  The Receiver is the responsible person for the Debtor based on his role as the receiver of Lancer Management II.

4.      On September 3, 2003, the District Court entered an Order expanding the terms of the Receivership Order to include Alpha Omega Group, Inc. ("AOG") and G.H. Associates, LLC ("GH").

5.      On February 10, 2004, the Connecticut Bankruptcy Court entered an order transferring the Bankruptcy Case to the District Court.  The Bankruptcy Case was not automatically referred to a Bankruptcy Judge under S.D. Fla. Local Rule 87.2, but instead remained with the District Court.  The Bankruptcy Case was assigned Case No. 04-80211-CIV-MARRA.

6.      On August 9, 2005, Partners filed in the District Court an Amended Complaint (DE 4, the "Amended Complaint") against Total Film (Case No. 05-CV-60590-CIV-MARRA, the "Adversary Proceeding").  Partners filed the Amended Complaint against the Defendant in the District Court because at the time it filed the action, the District Court was presiding over the Bankruptcy Case.

7.      On August 11, 2005, the Clerk of the District Court issued an Alias Summons in a Civil Action (DE 7, the "First Summons") for service of the Amended Complaint on Total Film.  A true and correct copy of the First Summons is attached hereto as **Exhibit "A."**

8.    On May 2, 2006, the District Court entered an order (the "Order of Reference") referring the Bankruptcy Case and the Adversary Proceeding to this Court.

9.    On June 2, 2006, the Clerk of this Court issued a second Alias Summons in a Civil Action (DE 5, the "Second Summons") for service of the Amended Complaint on Total Film.  A true and correct copy of the Second Summons is attached hereto as **Exhibit "B."**

10.   On June 23, 2006, the Clerk of this Court issued a third Alias Summons in a Civil Action (DE 12, the "Third Summons") for service of the Amended Complaint on Total Film.  A true and correct copy of the Third Summons is attached hereto as **Exhibit "C."**

11.   On November 29, 2006, the Clerk of this Court issued a fourth Alias Summons in a Civil Action (DE 29, the "Fourth Summons") for service of the Amended Complaint on Total Film.  A true and correct copy of the Fourth Summons is attached hereto as **Exhibit "D."**

12.   Pursuant to Fed. R. Bankr. P. 7004(b)(3), "… service may be made within the United States by first class mail postage prepaid … [u]pon a domestic or foreign corporation … by mailing a copy of the summons and complaint to the attention of an officer, a managing or general agent, or to any other agent authorized by appointment or by law to receive service of process and, if the agent is one authorized by statute to receive service and the statute so requires, by also mailing a copy to the defendant."

13.   On August 23, 2005, Partners served the First Summons and Amended Complaint by Certified Mail on the registered agent of Total Film, Corporation Service Company.  A true and correct copy from the Delaware Secretary of State web site for Total Film as of August 23, 2005 confirming same is attached hereto as **Exhibit "E."**  A true and correct copy of the Declaration of Server (DE 8) is attached hereto as **Exhibit "F."**

14.    On June 12, 2006, Partners served the Second Summons and Amended Complaint by First Class and Certified Mail on the Registered Agent of Total Film, Corporation Service Company.  A true and correct copy of the Certificate of Service (DE 11) is attached hereto as **Exhibit "G."**

15.    On June 23, 2006, Partners served the Third Summons and Amended Complaint by First Class and Certified Mail on the President of Total Film, Jeffrey Hoffman, at three different addresses.  A true and correct copy from the Securities and Exchange Commission web site confirming Mr. Hoffman as President is attached hereto as **Exhibit "H."**   A true and correct copy of the Certificate of Service (DE 15) is attached hereto as **Exhibit "I."**

16.    On December 11, 2006, Partners served the Fourth Summons and Amended Complaint by personally serving The Delaware Secretary of State.  A true and correct copy of the Return of Service (DE 33) is attached hereto as **Exhibit "J."**

17.    Accordingly, proper service was effectuated under Fed. R. Bankr. P. 7004(b)(3).

18.    As of the date of this Motion for Entry of Default, the Defendant has failed to appear before this Court or respond to the Amended Complaint.

**WHEREFORE**, Partners respectfully requests that this Court grant this Motion for Clerk's Entry of Default against the Defendant, a proposed form of which is attached hereto, and for such other and further relief as is just and appropriate.

Respectfully submitted,

**HUNTON & WILLIAMS LLP**
*Attorneys for Plaintiff*
1111 Brickell Avenue - Suite 2500
Miami, Florida 33131
Tel:  (305) 810-2500
Fax:  (305) 810-2460


By: _____ /s/ David E. Bane _____
David E. Bane (FBN 515701)
Jeff P. Bast (FBN 996343)

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been furnished via First Class U.S. Mail this **17th day of May, 2007,** upon Corporation Service Company, Registered Agent for Total Film Group, Inc., at 2711 Centerville Road, Suite 400, Wilmington, Delaware 19808 and Jeffrey Hoffman, President of Total Film Group, Inc., at 2818 Long Grove Court, Marietta, Georgia, 30062-8717, 207 W, Los Angeles Avenue, 143, Moorpark, California 93021, 3930 Sunset Ridge Road, Moorpark, California 93021, and 22647 Ventura Boulevard, 1002, Woodland Hills California 91364.

_____ /s/ David E. Bane _____
David E. Bane

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**Ft. Lauderdale Division**

| | | |
|---|---|---|
| **LANCER PARTNERS, L.P.** | ) | |
| | ) | **Chapter 11** |
| **Debtor.** | ) | |
| _____ | ) | **Case No. 06-11721-BKC-JKO** |
| **LANCER PARTNERS, L.P.,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **Adv. Case No. 06-01458-JKO** |
| v. | ) | |
| | ) | |
| **TOTAL FILM GROUP INC.,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| _____ | | |

## DEFAULT

A Default is entered in this action against Defendant, Total Film Group, Inc. for failure to

serve or file any paper as required by law in response to Plaintiff's Amended Complaint.

DATED: _____

As Clerk of this Court

By:_____
        As Deputy Clerk

cc:  David E. Bane;
       Corporation Service Company,
       Registered Agent for Total Film Group, Inc.;
       Jeffrey Hoffman, President of Total Film Group, Inc.

1

O 440 (Rev 10/93) Summons in a Civil Action

# United States District Court

**SOUTHERN**          DISTRICT OF          **FLORIDA**

_ANCER PARTNERS, L.P.,

**Plaintiff(s),**

V.

_OTAL FILM GROUP, INC.,

**Defendant(s).**

### ALIAS SUMMONS IN A CIVIL ACTION

Case No.:  05-60590-CIV-MARRA



TO:    **TOTAL FILM GROUP, INC.**
        **c/o Glenn Weisberger**
        **21700 Oxnard Street, Suite 1050**
        **Woodland Hills, CA  91367**

**YOU ARE HEREBY SUMMONED** and required to serve upon

**JEFFREY P. BAST, Esquire**
Florida Bar No. 996343
HUNTON & WILLIAMS, LLP
1111 Brickell Avenue, 25th Floor
Miami, Florida  33131
Tel: (305) 810-2500
Fax: (305) 810-2460

n answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of
ervice.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.  You must also file your
nswer with the Clerk of this Court within a reasonable period of time after service.

Clarence Maddox

_LERK                                              DATE    AUG  1 1 2005

3Y DEPUTY CLERK

**EXHIBIT**
A

Form CGFI15   (10/17/2005

**United States Bankruptcy Court**
**Southern District of Florida**
**www.flsb.uscourts.gov**
**Division:   Fort Lauderdale**

**Case Number:**  06–11721–JKO

**Adversary Number:**  06–01458–JKO

In re:

**Name of Debtor(s):**  Lancer Partners, L.P.

––––––––––––––––––––––––––––––––––––––––––––––––– /

**Lancer Partners, L.P.**

Plaintiff(s)

**VS.**

**Total Film Group, Inc.**

Defendant(s)
––––––––––––––––––––––––––––––––––––––––––––––––– /

ALL DOCUMENTS REGARDING THIS MATTER
MUST BE IDENTIFIED BY <u>BOTH</u> ADVERSARY
AND BANKRUPTCY CASE NUMBERS

> *CLERK*
> *USBC*
> *SDFL*
> *FILED*
> <u>*6/2/06*</u>

## ALIAS SUMMONS AND NOTICE OF PRETRIAL/TRIAL
## IN AN ADVERSARY PROCEEDING

**YOU ARE SUMMONED** and required to file a motion or answer to the complaint which is attached to this summons with the clerk of the bankruptcy court at the address indicated below within 25 days (as shortened by Local Rule 7012–1) after the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days.

☐   Clerk, 51 SW First Ave Room 1517
    Miami FL 33130

☑   Clerk, 299 E. Broward Blvd, Room 112
    Ft Lauderdale FL 33301

☐   1675 Palm Beach Lakes Blvd 8th Floor
    West Palm Beach FL 33401

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney. Pursuant to BR 7007.1, corporate defendants must file a corporate ownership statement.

    Name and Address of Plaintiff's Attorney
    Andrew D Zaron Esq
    1111 Brickell Ave #2500
    Miami, FL 33131

If you make a motion, your time to answer is governed by Bankruptcy Rule 7012.

*Page 1 of 2*



## PRETRIAL CONFERENCE INFORMATION

Date:  **June 28, 2006**

Time:  **09:30 AM**

Location:  **U.S. Courthouse, 299 E Broward Blvd #308, Ft Lauderdale, FL 33301**

## TRIAL INFORMATION:

## A TRIAL WILL BE HELD DURING THE ONE–WEEK TRIAL PERIOD INDICATED BELOW

☑   To be set at pretrial

Date:

**Time:**

**Location:**

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Karen Eddy**
**Clerk of Court**

By: Mary Lou Graulau
      Deputy Clerk

**Dated:** _June 2, 2006_

*Page 2 of 2*

Form CGFI15  (10/17/2005)

**United States Bankruptcy Court**
**Southern District of Florida**
**www.flsb.uscourts.gov**
**Division:  Fort Lauderdale**

**Case Number:**  06–11721–JKO          **Adversary Number:**  06–01458–JKO

In re:

**Name of Debtor(s):**  Lancer Partners, L.P.

------------------------------------------------------ /

**Lancer Partners, L.P.**

Plaintiff(s)

**VS.**

**Total Film Group, Inc.**

Defendant(s)

ALL DOCUMENTS REGARDING THIS MATTER
MUST BE IDENTIFIED BY <u>BOTH</u> ADVERSARY
AND BANKRUPTCY CASE NUMBERS

------------------------------------------------------ /

> *CLERK*
> *USBC*
> *SDFL*
> *FILED*
> *6/23/06*

## ALIAS SUMMONS AND NOTICE OF PRETRIAL/TRIAL
## IN AN ADVERSARY PROCEEDING

**YOU ARE SUMMONED** and required to file a motion or answer to the complaint which is attached to this summons with the clerk of the bankruptcy court at the address indicated below within 25 days (as shortened by Local Rule 7012–1) after the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days.

- ☐  Clerk, 51 SW First Ave Room 1517
   Miami FL 33130

- ☑  Clerk, 299 E. Broward Blvd, Room 112
   Ft Lauderdale FL 33301

- ☐  1675 Palm Beach Lakes Blvd 8th Floor
   West Palm Beach FL 33401

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney. Pursuant to BR 7007.1, corporate defendants must file a corporate ownership statement.

Name and Address of Plaintiff's Attorney
Andrew D Zaron Esq
1111 Brickell Ave #2500
Miami, FL 33131

If you make a motion, your time to answer is governed by Bankruptcy Rule 7012.

*Page 1 of 2*

**EXHIBIT**
C

## PRETRIAL CONFERENCE INFORMATION

Date: **September 18, 2006**

Time: **09:30 AM**

Location: **U.S. Courthouse, 299 E Broward Blvd #308, Ft Lauderdale, FL 33301**

### TRIAL INFORMATION:

### A TRIAL WILL BE HELD DURING THE ONE–WEEK TRIAL PERIOD INDICATED BELOW

☑   To be set at pretrial

Date:

**Time:**

**Location:**

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Karen Eddy**
**Clerk of Court**

By: Mary Lou Graulau
Deputy Clerk

**Dated:** June 23, 2006

*Page 2 of 2*

**BAE SYSTEMS**

# CERTIFICATE OF SERVICE

Bankruptcy Noticing Center
2525 Network Place, 3rd Floor
Herndon, Virginia 20171-3514

```
District/off: 113C-0          User: graulaum         Page 1 of 1              Date Rcvd: Jun 23, 2006
Case: 06-01458                Form ID: CGFI15        Total Served: 1
```

```
The following entities were served by first class mail on Jun 25, 2006.
aty         +Andrew D Zaron, Esq,    1111 Brickell Ave #2500,    Miami, FL 33131-3126

The following entities were served by electronic transmission.
NONE.                                                                              TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jun 25, 2006                    Signature:    _Joseph Speetjens_

Form CGFl15   (10/19/06)

**United States Bankruptcy Court**
**Southern District of Florida**
**www.flsb.uscourts.gov**
**Division:  Fort Lauderdale**

**Case Number:**  06–11721–JKO

**Adversary Number:**  06–01458–JKO

In re:

**Name of Debtor(s):**  Lancer Partners, L.P.

––––––––––––––––––––––––––––––––––––––––––––––––– /

**Lancer Partners, L.P.**

Plaintiff(s)

**VS.**

**Total Film Group, Inc.**

Defendant(s)
––––––––––––––––––––––––––––––––––––––––––––––––/

ALL DOCUMENTS REGARDING THIS MATTER
MUST BE IDENTIFIED BY <u>BOTH</u> ADVERSARY
AND BANKRUPTCY CASE NUMBERS

```
CLERK
USBC
SDFL
FILED
11/29/06
```

# ALIAS SUMMONS AND NOTICE OF PRETRIAL/TRIAL
# IN AN ADVERSARY PROCEEDING

**YOU ARE SUMMONED** and required to file a motion or answer to the complaint which is attached to this summons with the clerk of the bankruptcy court at the address indicated below within 25 days (as shortened by Local Rule 7012–1) after the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days.

**United States Bankruptcy Court**
**Federal Building**
**299 E Broward Blvd, Room 112**
**Ft Lauderdale FL 33301**

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney. Pursuant to BR 7007.1, corporate defendants must file a corporate ownership statement.

Name and Address of Plaintiff's Attorney
Andrew D Zaron Esq
1111 Brickell Ave #2500
Miami, FL 33131

If you make a motion, your time to answer is governed by Bankruptcy Rule 7012.

*Page 1 of 2*

**EXHIBIT**
tabbies
D

## PRETRIAL CONFERENCE INFORMATION

Date:  **February 20, 2007**

Time:  **09:30 AM**

Location:  **U.S. Courthouse, 299 E Broward Blvd #308, Ft Lauderdale, FL 33301**

## TRIAL INFORMATION:

## A TRIAL WILL BE HELD DURING THE ONE–WEEK TRIAL PERIOD INDICATED BELOW

☑   To be set at pretrial

Date:

**Time:**

**Location:**

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



Clerk of Court

By: Susan Romano
    Deputy Clerk

**Dated:** _November 29, 2006_

*Page 2 of 2*



# State of Delaware
### The Official Website for the First State



Visit the Governor | General Assembly | Courts | Other Elected Officials | Federal, State & Local Sites

State Directory | Help | Search Delaware |    | Citizen Services | Business Services | Visitor Info.

**Department of State: Division of Corporations**

HOME
About Agency
Secretary's Letter
Newsroom
Frequent Questions
Related Links
Contact Us
Office Location

**SERVICES**
Pay Taxes
File UCC's
Delaware Laws Online
Name Reservation
General Information
Status

**INFORMATION**
Corporate Forms
Corporate Fees
UCC Forms and Fees
UCC Searches
Taxes
Expedited Services
Service of Process
Registered Agents
Get Corporate Status
Submitting a Request

Frequently Asked Questions   View Search Results

## Entity Details

**THIS IS NOT A STATEMENT OF GOOD STANDING**

| | |
|---|---|
| File Number: | **2529684** | Incorporation Date / Formation Date: | **08/01/1995** (mm/dd/yyyy) |
| Entity Name: | **TOTAL FILM GROUP, INC.** |
| Entity Kind: | **CORPORATION** | Entity Type: | **GENERAL** |
| Residency: | **DOMESTIC** | State: | **DE** |

**REGISTERED AGENT INFORMATION**

Name: **CORPORATION SERVICE COMPANY**

Address: **2711 CENTERVILLE ROAD SUITE 400**

City: **WILMINGTON**   County: **NEW CASTLE**

State: **DE**   Postal Code: **19808**

Phone: **(302)636-5401**

Additional Information is available for a fee. You can retrieve Status for a fee of $10.00 or more detailed information including current franchise tax assessment, current filing history and more for a fee of $20.00.

Would you like  ○ Status  ○ Status,Tax & History Information   [ Submit ]

[ Back to Entity Search ]

To contact a Delaware Online Agent click here.

site map | about this site | contact us | translate | delaware.gov



EXHIBIT
E

AO 440 (Rev 10/93) Summons in a Civil Action

## RETURN OF SERVICE

05-60590-CV

**NIGHT BOX**
**FILED**

AUG 2 4 2005

CLARENCE MADDOX
CLERK, USDC / SDFL / FTL

| Service of the Summons and Complaint was made by me[1] | DATE |
|---|---|
| Al Hernandez | August 23 , 2005 |
| NAME OF SERVER (PRINT) | TITLE |
| Al Hernandez | Paralegal |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein
Name of person with whom the summons and complaint were left: : _____

☐ Returned unexecuted: _____

√ Other (specify):  Served pursuant to Fed. R. Bank. P. 7004(b)(3) by mailing a copy of the Alias Summons and Amended Complaint certified mail returned receipt requested to the attention of Corporation Service Company, 2711 Centerville Road, Suite 400, Wilmington, DE  19808 and by also mailing a copy to Jeffrey Hoffman, Total Film Group, 21700 Oxnard Avenue, Suite 1050, Woodland Hills, CA  91367

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  8/23/05
            _____
            Date

                                        _____
                                        Signature of Server

                                        Al Hernandez
                                        Hunton & Williams LLP
                                        1111 Brickell Avenue, Suite 2500
                                        Miami, FL  33131
                                        (305) 810-2500

                                        _____
                                        Address of Server

EXHIBIT
F

[1] As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

4036.000002 MIAMI 299815v1

# United States District Court

### SOUTHERN                    DISTRICT OF _____ FLORIDA

ANCER PARTNERS, L.P.,

)laintiff(s),

                    V.

)TAL FILM GROUP, INC.,

)efendant(s).

## ALIAS SUMMONS IN A CIVIL ACTION

Case No.:  05-60590-CIV-MARRA

> TO:    **TOTAL FILM GROUP, INC.**
>        **c/o Glenn Weisberger**
>        **21700 Oxnard Street, Suite 1050**
>        **Woodland Hills, CA  91367**

**YOU ARE HEREBY SUMMONED** and required to serve upon

> JEFFREY P. BAST, Esquire
> Florida Bar No. 996343
> HUNTON & WILLIAMS, LLP
> 1111 Brickell Avenue, 25th Floor
> Miami, Florida  33131
> Tel: (305) 810-2500
> Fax: (305) 810-2460

inswer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of
/ice.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.  You must also file your
wer with the Clerk of this Court within a reasonable period of time after service.

**Clarence Maddox**                                                            AUG 1 1 2005

_____                    _____
ERK                                              DATE

_____
DEPUTY CLERK

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA
### www.flsb.uscourts.gov

In re:                                          Chapter 11

**LANCER PARTNERS, L.P.,**                      **Case No. 06-11721-BKC-JKO**

    Debtor.

_____/

**LANCER PARTNERS, L.P.,**                      **Adv. Case No. 06-01458-JKO**

**Plaintiff,**

**v.**

**TOTAL FILM GROUP INC.,**

**Defendant.**

_____/

## CERTIFICATE OF SERVICE

    I, **Glenda Santiago**, certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made. I further certify that the service of this summons and a copy of the complaint was made June 2, 2006 by:

    ☒    Certified Mail service: First class United States mail, postage full pre-paid, address to:

    Total Film Group, Inc.
    c/o Corporation Services Company
    Registered Agent
    2711 Centerville Road, Suite 400
    Wilmington, DE 19808

    Under penalty of perjury, I declare that the foregoing to true and correct.

**6.12.06**
Date

Signature

| Glenda Santiago |
| --- |
| Hunton & Williams, LLP |
| 1111 Brickell Avenue, Suite 2500 |
| Miami, Florida 33131 |

**EXHIBIT**
G

64036.000002 MIAMI 354141v1

Company Information: TOTAL FILM GROUP INC                                    Page 1 of 2



Home | EDGAR Search Home | Latest Filings | Previous Page

## U.S. Securities and Exchange Commission

### TOTAL FILM GROUP INC (0001038777)

State location: CA | State of Inc.: DE | Fiscal Year
End: 1231

To limit filing results, enter
form type or date (as 2002/05/23).

| Business Address | Mailing Address |
|---|---|
| 9107 WILSHIRE BLVD STE 475 | 9107 WILSHIRE BLVD SUITE 475 |
| BEVERLY HILLS CA 90210 | BEVERLY HILLS CA 90210 |

Form Type

Prior to

Ownership? ● Include ○ Exclude ○ Only

Key to Descriptions

**[Paper]** Paper filings are available by film number
from the SEC Public Reference Room.

**[Cover]** Filing contains an SEC-released cover
letter or correspondence.

40 Entries          Retrieve Selected Filings

Retrieve All Filings

Items 1 - 25

| Form | Formats | Description | Filing Date | File/Film No |
|---|---|---|---|---|
| 8-K | [html][text] 52 KB | Current report, items 2 and 7<br>Acc-no: 0000912057-02-000930 | 2002-01-10 | 000-30227<br>2506525 |
| 8-K | [html][text] 20 KB | Current report, items 2 and 7<br>Acc-no: 0000912057-02-000931 | 2002-01-10 | 000-30227<br>2506530 |
| 8-K | [html][text] 4 KB | Current report, items 5 and 7<br>Acc-no: 0000912057-02-000157 | 2002-01-03 | 000-30227<br>2501429 |
| NT 10-K | [html][text] 8 KB | Notification of inability to timely file Form 10-K 405, 10-K, 10-KSB 405, 10-KSB, 10-KT, or 10-KT405<br>Acc-no: 0000912057-01-534067 | 2001-10-01 | 000-30227<br>1749522 |
| 8-K | [html][text] 27 KB | Current report, items 1 and 7<br>Acc-no: 0000912057-01-520084 | 2001-06-15 | 000-30227<br>1661905 |
| 10QSB | [html][text] 69 KB | Optional form for quarterly and transition reports of small business issuers<br>Acc-no: 0000912057-01-516101 | 2001-05-15 | 000-30227<br>1639027 |
| 8-K | [html][text] 7 KB | Current report, items 4 and 7<br>Acc-no: 0000912057-01-506977 | 2001-04-04 | 000-30227<br>1595511 |
| 10KSB/A | [html][text] 237 KB | **[Amend]**Optional form for annual and transition reports of small business issuers [Section 13 or 15(d), not S-B Item 405]<br>Acc-no: 0000912057-01-007612 | 2001-03-14 | 000-30227<br>1568434 |
| 10QSB/A | [html][text] 42 KB | **[Amend]**Optional form for quarterly and transition reports of small business issuers<br>Acc-no: 0000912057-01-007341 | 2001-03-08 | 000-30227<br>1563231 |
| 10SB12G/A | [html][text] 298 KB | **[Amend]**Registration of securities for small business [Section 12(g)]<br>Acc-no: 0000912057-01-006276 | 2001-02-20 | 000-30227<br>1550419 |
| 10QSB | [html][text] 60 KB | Optional form for quarterly and transition reports of small business issuers<br>Acc-no: 0000912057-01-006321 | 2001-02-20 | 000-30227<br>1550693 |
| NT 10-Q | [html][text] 9 KB | Notification of inability to timely file Form 10-Q or 10-QSB<br>Acc-no: 0000912057-01-005949 | 2001-02-15 | 000-30227<br>1546510 |
| 10SB12G/A | [html][text] 298 KB | **[Amend]**Registration of securities for small business [Section 12(g)]<br>Acc-no: 0000912057-01-002565 | 2001-01-24 | 000-30227<br>1513788 |
| 10KSB/A | [html][text] 235 KB | **[Amend]**Optional form for annual and transition reports | 2000-12-26 | 000-30227 |

EXHIBIT

Company Information: TOTAL FILM GROUP INC                                                                                              Page 2 of 2

|  |  |  | of small business issuers [Section 13 or 15(d), not S-B Item 405]<br>Acc-no: 0000912057-00-054668 |  | 795420 |
|---|---|---|---|---|---|
| 10SB12G/A | [html][text] | 520 KB | [Amend]Registration of securities for small business [Section 12(g)]<br>Acc-no: 0000912057-00-054273 | 2000-12-20 | 000-30227<br>792684 |
| 10QSB | [html][text] | 44 KB | Optional form for quarterly and transition reports of small business issuers<br>Acc-no: 0000912057-00-050924 | 2000-11-20 | 000-30227<br>773421 |
| NT 10-Q | [html][text] | 9 KB | Notification of inability to timely file Form 10-Q or 10-QSB<br>Acc-no: 0000912057-00-050266 | 2000-11-15 | 000-30227<br>769574 |
| 10SB12G/A | [html][text] | 249 KB | [Amend]Registration of securities for small business [Section 12(g)]<br>Acc-no: 0000912057-00-044751 | 2000-10-13 | 000-30227<br>740131 |
| 10KSB | [html][text] | 214 KB | Optional form for annual and transition reports of small business issuers [Section 13 or 15(d), not S-B Item 405]<br>Acc-no: 0000912057-00-044755 | 2000-10-13 | 000-30227<br>740173 |
| 8-K | [html][text] | 6 KB | Current report, item 5<br>Acc-no: 0000912057-00-043570 | 2000-10-03 | 000-30227<br>734269 |
| NT 10-K | [html][text] | 9 KB | Notification of inability to timely file Form 10-K 405, 10-K, 10-KSB 405, 10-KSB, 10-KT, or 10-KT405<br>Acc-no: 0000912057-00-042895 | 2000-09-28 | 000-30227<br>730418 |
| 10SB12G/A | [html][text] | 269 KB | [Amend]Registration of securities for small business [Section 12(g)]<br>Acc-no: 0001111324-00-000025 | 2000-07-25 | 000-30227<br>678581 |
| 8-K | [html][text] | 5 KB | Current report, item 1<br>Acc-no: 0001111324-00-000022 | 2000-07-19 | 000-30227<br>675255 |
| SC 13D | [html][text] | 8 KB | General statement of acquisition of beneficial ownership<br>Acc-no: 0000912057-00-032230 | 2000-07-17 | 005-59313<br>674307 |
| 10SB12G | [html][text] | 1 MB | Registration of securities for small business [Section 12(g)]<br>Acc-no: 0000912057-00-016299 | 2000-04-05 | 000-30227<br>594144 |

*http://www.sec.gov/cgi-bin/browse-edgar*

# SEC EDGAR Filing Information

## Form 8-K -- Current report

SEC Accession No.
Period of Report: **2001-07-19**     **0000912057-02-000930**
Documents: **2**     Filing date: **2002-01-10**
Accepted: **1995-09-28 00:00:00**

**Item 2:** Acquisition or disposition of assets
**Item 7:** Financial statements and exhibits

## Table of submitted documents:

| Seq | Type | Document | Size | Description |
|---|---|---|---|---|
| 1 | 8-K | a2067274z8-k.txt | 18516 | FORM 8-K |
| 3 | EX-2.3 | a2067274zex-2_3.txt | 32222 | EXHIBIT 2.3 |
| | | 0000912057-02-000930.txt | 52350 | **Complete submission text file** |

## Filer Information:

**TOTAL FILM GROUP INC** (Filer) (**0001038777**)
IRS No.: **133851302** | State of Incorp.: **DE** | Fiscal Year End: **1231**
Type: **8-K** | Act: **34** | File No.: **000-30227** | Film No.: **2506525**

**Business Address**
9107 WILSHIRE BLVD STE 475
BEVERLY HILLS CA 90210

**Mailing Address**
9107 WILSHIRE BLVD SUITE 475
BEVERLY HILLS CA 90210

```
<DOCUMENT>
<TYPE>8-K
<SEQUENCE>1
<FILENAME>a2067274z8-k.txt
<DESCRIPTION>FORM 8-K
<TEXT>
<Page>
```

SECURITIES AND EXCHANGE COMMISSION
WASHINGTON, D.C. 20549

FORM 8-K

CURRENT REPORT
PURSUANT TO SECTION 13 OR 15(d) OF THE
SECURITIES EXCHANGE ACT OF 1934

Date of report (Date of earliest event reported): July 19, 2001

TOTAL FILM GROUP, INC.
(Exact Name of Registrant as Specified in Charter)

| DELAWARE | 0-30027 | 13-3851302 |
|---|---|---|
| (State or Other Jurisdiction of Incorporation) | (Commission File Number) | (IRS Employer Identification No.) |

9107 WILSHIRE BOULEVARD, SUITE 475, BEVERLY HILLS, CA        90210
(Address of Principal Executive Offices)                    (Zip Code)

Registrant's telephone number, including area code:  (310) 275-8404

ITEM 2.  DISPOSITION OF ASSETS

     In June 2001 Total Creative, Inc. ("Total Creative") and Total Film Group, Inc. ("Total Film") entered into an agreement to sell substantially all of the assets of Total Creative, a wholly owned subsidiary of Total Film, to Viridian Entertainment ("Viridian"), a California corporation controlled by Gerald Green, a former officer and director of Total Film and Total Creative. These assets consisted of the following: equipment, personal property, appurtenances, accessories, furnishings, fixtures, contracts, contract rights, tangible, intangible, and other property owned by Total Creative or installed at the premises in the Beverly Hills, California, office. Viridian will also have the use of the name "Total Creative, Inc." for a period of six months. The sale excludes the leasehold interest and personal property of Total Creative located at the San Francisco, California, office, and any cash or bank accounts of Total Creative. The closing of the sale was completed on July 19, 2001, and was deemed effective as of June 30, 2001.

     The purchase price paid by Viridian for the assets was $26,000, plus 20% of the net profits for three fiscal years beginning July 1, 2001. The cash portion of the purchase price was placed into an escrow account pending confirmation that all outstanding liabilities and liens

```
<Page>
```

affecting the assets have been satisfied. Viridian assumed no liabilities of Total Creative in connection with the assets, except for ongoing obligations arising after June 30, 2001. Any liabilities incurred prior to July 1, 2001, and

paid by Viridian will be deducted from the escrowed purchase price. The escrowed funds will be released to Total Creative at such time as it is able to provide Viridian reasonable proof that all outstanding liabilities relating to the assets have been satisfied or settled. These liabilities total approximately $421,731, of which Total Film remains liable for approximately $200,000 because of contractual guarantees or other arrangements. Management decided to sell the assets of Total Creative for the cash consideration, plus a percentage of future profits, if any, rather than to cease and liquidate the operations of Total Creative because management believes the consideration would be greater than in a liquidation transaction. Management believes that although the purchaser of the assets is controlled by a former affiliate of Total Film, the transaction was at arms' length because of the divestiture of Mr. Green of any significant ownership or management interest in Total Film and Total Creative in June 2001.

Viridian also entered into a three-year sublease agreement with Total Creative and Total Film for the office space previously used by Total Creative. Viridian has the option to cancel the sublease at any time upon six months' written notice.


ITEM 7. FINANCIAL INFORMATION AND EXHIBITS

(a)    Financial Statements of Business Acquired.
       Not applicable.

(b)    The Pro Forma Financial Information required by this item is included
       with this report.

(c)    Exhibit.

<Table>
<Caption>

| Exhibit No. | Description | Location |
|---|---|---|
| <S> | <C> | <C> |
| 2.3 | Agreement of Purchase and Sale dated June 29, 2001, by and between the Company and Viridian Entertainment, with addendum. | Attached |

</Table>


SIGNATURES

Pursuant to the requirements of the Securities Exchange Act of 1934, as amended, the Registrant has duly caused this report to be signed on its behalf by the undersigned hereunto duly authorized.

-2-

<Page>

                                        Total Film Group, Inc.


Date: January 9, 2002                   By /s/ Jeffrey Hoffman
                                           ---------------------------------
                                        Jeffrey Hoffman, President

-3-

<Page>

ITEM 7B - PROFORMA FINANCIAL INFORMATION.

      The following unaudited pro forma condensed consolidated financial statements give effect to the sale by the Company of the assets of TCI and are based on the estimates and assumptions set forth in the notes to the consolidated financial statements.This pro forma information has been prepared using the historical financial statements of each entity and assumes that the sale was consummated on July 1, 2000.The pro forma financial data is provided for comparative purposes only and does not purport to be indicative of the results, which actually would have been obtained if the disposal had been effected on the date indicated.

ASSETS

<Table>
<Caption>

|  | Consolidated |
|---|---|
| <S> | <C> |
| CURRENT ASSETS | |
| Cash and Cash Equivalents | $ 448,10 |
| Time Certificate of Deposit | 20,69 |
| Accounts Receivable, Net of Allowance | 1,181,57 |
| Employees Receivable, Net of Allowance | 218,95 |
| Deferred Production Costs | 103,22 |
| Prepaid Expenses | 281,34 |
| TOTAL CURRENT ASSETS | 2,253,89 |
| OTHER ASSETS | |
| Film Costs, Net of Amortization | 9,495,80 |
| Property and Equipment, Net of Depreciation | 200,71 |
| Investment in Meet World Trade | 3,745,09 |
| Recoverable Production Costs | 1,000,00 |
| Deposits | 538,01 |
| Goodwill, Net of Amortization | 282,18 |
| Capitalized Financing Fee | 196,05 |
|  | 15,458,33 |
| TOTAL ASSETS | $ 17,712,22 |

</Table>

<Page>

LIABILITIES

<Table>
<Caption>
CURRENT LIABILITIES

| <S> | <C> |
|---|---|
| Current Portion of Long -Term Debt | $    4,776,91 |
| Current Portion of Capital Lease | 45,46 |
| Accounts Payable and Accrued Expenses | 1,815,53 |
| Deferred Revenue | 227,16 |
| Producer's Fee Payable, Related Party | 600,00 |
| | ------------------ |
| TOTAL CURRENT LIABILITIES | 7,465,07 |
| | ------------------ |
| LONG-TERM LIABILITIES | |
| Long-Term Debt, Net of Current Portion | 1,040,93 |
| Capital Lease, Net of Current Portion | 57,90 |
| | ------------------ |
| TOTAL LONG-TERM LIABILITIES | 1,098,83 |
| | ------------------ |
| TOTAL LIABILITIES | 8,563,91 |
| | ------------------ |
| MINORITY INTEREST IN EQUITY  OF CONSOLIDATED SUBSIDIARY | 829,55 |
| | ------------------ |

STOCKHOLDERS' EQUITY

| | |
|---|---|
| Preferred Stock - Par Value $3 per Share; Authorized  1,080,0000 Shares, Issued and Outstanding 738,600 Shares | 2,215,80 |
| Common Stock, $0.001 Par Value; Authorized 50,000,000  Shares; Issued and Outstanding 12,335,299 Shares | 12,33 |
| Additional Paid-in Capital | 13,422,19 |
| Accumulated Deficit | (7,331,565 |
| | ------------------ |
| TOTAL STOCKHOLDERS' EQUITY | 8,318,76 |
| | ------------------ |
| TOTAL LIABILITIES AND STOCKHOLDERS' EQUITY | $    17,712,22 |
| | ================== |

</Table>

<Page>

<Table>
<Caption>

Fo

```
                                                    ------------------------

                                                    Consolidated
                                                    ------------------------

<S>                                                 <C>
REVENUE
     Film Production Income                          $          1,447,467
     Advertising and Marketing Fees                            1,873,666
                                                    ------------------------

                                                               3,321,133
                                                    ------------------------

COSTS AND OPERATING EXPENSES
     Production and Design Costs                                1,386,696
     Selling, General & Administrative Expenses                11,188,556
     Depreciation and Amortization                             2,006,833
                                                    ------------------------

          TOTAL COSTS AND OPERATING EXPENSES                  14,582,085
                                                    ------------------------

          LOSS BEFORE OTHER INCOME(EXPENSES)                 (11,260,952)
                                                    ------------------------

OTHER INCOME(EXPENSE)
     Interest Income                                              23,322
     Interest Expense                                           (954,602)
     Amortization of Placement Fee                            (5,146,001)
     Loss on Sale of Subsidiary                                 (432,016)
     Impairment of Investment in Meet World Trade             (3,868,956)
     Minority Interest                                            35,064
     Miscellaneous Income                                          8,347
                                                    ------------------------

          TOTAL OTHER INCOME(EXPENSE)                        (10,334,842)
                                                    ------------------------

          LOSS BEFORE INCOME TAXES                           (21,595,794)

     Income Taxes                                                (15,928)
                                                    ------------------------

          NET LOSS                                  $        (21,611,722)
                                                    ========================

PER SHARE AMOUNTS - BASIC

     Net Loss                                       $              (1.49)
                                                    ========================

WEIGHTED AVERAGE NUMBER OF BASIC
     COMMON SHARES OUTSTANDING                                 14,470,487
                                                    ========================

</Table>

</TEXT>
</DOCUMENT>
```

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

In re:                                              Chapter 11

LANCER PARTNERS, L.P.,                              Case No. 06-11721-BKC-JKO

    Debtor.

_____/

LANCER PARTNERS, L.P.,                             Adv. Case No. 06-01458-JKO

Plaintiff,

v.

TOTAL FILM GROUP, INC.,

Defendant.

_____/

## CERTIFICATE OF SERVICE

    I, **Glenda Santiago**, certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made. I further certify that the service of this summons and a copy of the complaint was made June 23, 2006 by: ☒    Certified Mail service: First class United States mail, postage full pre-paid, address to:

Total Film Group, Inc.            Total Film Group, Inc.           Total Film Group, Inc.
c/o Jeff Hoffman, President       c/o Jeff Hoffman, President       c/o Jeff Hoffman, President
207 W, Los Angeles Ave. 143       3930 Sunset Ridge Rd.            22647 Ventura Blvd., 1002
Moorpark, CA 93021                Moorpark, CA 93021               Woodland Hills, CA 91364


    Under penalty of perjury, I declare that the foregoing to true and correct.

6-29-06
Date                                               Signature

| Glenda Santiago |
| Hunton & Williams, LLP |
| 1111 Brickell Avenue, Suite 2500 |
| Miami, Florida 33131 |

64036.000002 MIAMI 357866v1

EXHIBIT
I

Form CGFI15   (10/17/2005)

**United States Bankruptcy Court**
**Southern District of Florida**
**www.flsb.uscourts.gov**
**Division:  Fort Lauderdale**

**Adversary Number:** 06–01458–JKO

**Case Number:**  06–11721–JKO

In re:

**Name of Debtor(s):**  Lancer Partners, L.P.

–––––––––––––––––––––––––––––––––––––––––– /

**Lancer Partners, L.P.**

Plaintiff(s)

**VS.**

**Total Film Group, Inc.**

Defendant(s)

–––––––––––––––––––––––––––––––––––––––––– /

ALL DOCUMENTS REGARDING THIS MATTER
MUST BE IDENTIFIED BY <u>BOTH</u> ADVERSARY
AND BANKRUPTCY CASE NUMBERS

> *CLERK*
> *USBC*
> *SDFL*
> *FILED*
> *6/23/06*

## ALIAS SUMMONS AND NOTICE OF PRETRIAL/TRIAL
## IN AN ADVERSARY PROCEEDING

**YOU ARE SUMMONED** and required to file a motion or answer to the complaint which is attached to this summons with the clerk of the bankruptcy court at the address indicated below within 25 days (as shortened by Local Rule 7012–1) after the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days.

☐  Clerk, 51 SW First Ave Room 1517
    Miami FL 33130

☑  Clerk, 299 E. Broward Blvd, Room 112
    Ft Lauderdale FL 33301

☐  1675 Palm Beach Lakes Blvd 8th Floor
    West Palm Beach FL 33401

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney. Pursuant to BR 7007.1, corporate defendants must file a corporate ownership statement.

    Name and Address of Plaintiff's Attorney
    Andrew D Zaron Esq
    1111 Brickell Ave #2500
    Miami, FL 33131

If you make a motion, your time to answer is governed by Bankruptcy Rule 7012.

*Page 1 of 2*

## PRETRIAL CONFERENCE INFORMATION

Date:  **September 18, 2006**

Time:  **09:30 AM**

Location:  **U.S. Courthouse, 299 E Broward Blvd #308, Ft Lauderdale, FL 33301**

## TRIAL INFORMATION:

## A TRIAL WILL BE HELD DURING THE ONE–WEEK TRIAL PERIOD INDICATED BELOW

☑   To be set at pretrial

Date:

**Time:**

**Location:**

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Karen Eddy**
**Clerk of Court**

By: Mary Lou Graulau
     Deputy Clerk

**Dated:** June 23, 2006

*Page 2 of 2*

# RETURN OF SERVICE

*ORIGINAL*

RE:  LANCER PARTNERS, LP

STATE OF   DELAWARE          )
                            ) ss.
COUNTY OF  NEW CASTLE        )

CASE # C6-1458 JKC

### I declare under oath that I served the following
documents: ALIAS SUMMONS & NOTICE OF PRETRIAL/TRIAL IN AN ADVERSARY PROCEEDING

ON:  TOTAL FILM GROUP, INC
in the County of KENT                    on 12/11/06          (date), at 3:15 PM
(time), at the following location:
C/O THE DELAWARE SECRETARY OF STATE  DOVER, DE

☐ by handing it to a person identified to me as the defendant.

☐ by leaving it with the defendant who refused service.

☒ by leaving it with KAREN CHARBONNEAU
   designated to receive service for the defendant.

☐ I attempted to serve the defendant on _____ occasions but have not been able to
   locate the defendant. Return of the documents are made to the plaintiff
                (date). _____

_____  GRANVILLE MORRIS    1/30/07
Signature                                       Date

SUBSCRIBED AND SWORN to before me this 30TH day of JANUARY _____2007,
in the County of  NEW CASTLE STATE OF DELAWARE

Notary Public

**EXHIBIT**



Form CGFI15 (10/17/2005

**United States Bankruptcy Court**
**Southern District of Florida**
**www.flsb.uscourts.gov**
**Division: Fort Lauderdale**

Case Number: 06-11721-JKO

Adversary Number: 06-01458-JKO

In re:

Name of Debtor(s): Lancer Partners, L.P.

------------------------------------------------- /

Lancer Partners, L.P.

Plaintiff(s)

VS.

Total Film Group, Inc.

Defendant(s)

------------------------------------------------- /

ALL DOCUMENTS REGARDING THIS MATTER
MUST BE IDENTIFIED BY BOTH ADVERSARY
AND BANKRUPTCY CASE NUMBERS

```
CLERK
USBC
SDFL
FILED
6/2/06
```

## ALIAS SUMMONS AND NOTICE OF PRETRIAL/TRIAL
## IN AN ADVERSARY PROCEEDING

YOU ARE SUMMONED and required to file a motion or answer to the complaint which is attached to this summons with the clerk of the bankruptcy court at the address indicated below within 25 days (as shortened by Local Rule 7012-1) after the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days.

☐  Clerk, 51 SW First Ave Room 1517
    Miami FL 33130

☑  Clerk, 299 E. Broward Blvd, Room 112
    Ft Lauderdale FL 33301

☐  1675 Palm Beach Lakes Blvd 8th Floor
    West Palm Beach FL 33401

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney. Pursuant to BR 7007.1, corporate defendants must file a corporate ownership statement.

    Name and Address of Plaintiff's Attorney
    Andrew D Zaron Esq
    1111 Brickell Ave #2500
    Miami, FL 33131

If you make a motion, your time to answer is governed by Bankruptcy Rule 7012.

*Page 1 of 2*