

**ORDERED in the Southern District of Florida on February 28, 2008.**

John K. Olson, Judge
United States Bankruptcy Court

___

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

| | |
|---|---|
| In re: | |
| LANCER PARTNERS, L.P. | Chapter 11 |
| Debtor. | Case No. 06-11721-BKC-JKO |
| _____/ | |
| LANCER PARTNERS, L.P., | Adv. Case No. 06-01458-JKO |
| Plaintiff, | |
| v. | |
| TOTAL FILM GROUP, INC., | |
| Defendant. | |
| _____/ | |

### DEFAULT FINAL JUDGMENT

THIS CAUSE having come before the Court upon Plaintiff's Motion For Default Final Judgment Against Total Film Group, Inc., the ("Defendant" or "Total Film"), whose address is 9107 Wilshire Boulevard, #475, Beverly Hills, California 90210, c/o Corporation Service

Company, as Registered Agent for Total Film Group, Inc., at 2711 Centerville Road, Suite 400, Wilmington, Delaware 19808 and Jeffrey Hoffman, as former President of Total Film Group, Inc., at 2818 Long Grove Court, Marietta, Georgia 30062-8717, 207 W. Los Angeles Avenue, 143, Moorpark, California 93021, 3930 Sunset Ridge Road, Moorpark, California 93021, and 22647 Ventura Boulevard, 1002, Woodland Hills, California 91364 and the Court having reviewed the pleadings and Affidavit filed by the Plaintiff, noting that no opposing Affidavit was filed by the Defendant, and being otherwise fully advised in the premises, finds that the Plaintiff is entitled to a Default Final Judgment as a matter of law.  Accordingly, it is hereby

      **ORDERED AND ADJUDGED** that

      1.      The Motion for Default Final Judgment against Total Film is **GRANTED**.

      2.      Total Film is liable to the Plaintiff, Lancer Partners, L.P. for fraudulent transfers pursuant to 11 U.S.C. § 544(b) and Florida Statutes §§ 726.105(1)(a) and (b), 726.106(1), and 726.108, and other applicable law, and under the theory of unjust enrichment.

      3.      Judgment is hereby entered against Total Film and in favor of the Plaintiff in the amount of $837,500.00, plus prejudgment interest of $145,691.10 (calculated through February 15, 2008), and Court costs of $250.00, for a total of $983,441.10, that shall bear interest at the federal legal rate of interest, 2.08% per year, for which let execution issue forthwith.

4.      All claims asserted and filed by Total Film against Lancer Partners, L.P. are hereby disallowed under 11 U.S.C. § 502(d).

###

Submitted by:
Jeffrey P. Bast, Esq.
David E. Bane, Esq.
Hunton & Williams LLP
1111 Brickell Avenue, Suite 2500
Miami, FL  33131
Tel.  (305) 810-2500
Fax  (305) 810-2460

Copies furnished to:
Corporation Service Company, Registered Agent
for Total Film Group, Inc.;
Jeffrey Hoffman, President of Total Film Group, Inc.